```
                  UNITED STATES BANKRUPTCY COURT
                   NORTHERN DISTRICT OF GEORGIA
                         ATLANTA DIVISION


   IN RE:  RICHARD K. O'DONNELL,     {   CHAPTER 13
                                     {
           DEBTOR                    {   CASE NO. A11-72459-PWB
                                     {
                                     {   JUDGE BONAPFEL
```

### NOTICE OF RESCHEDULING SECTION 341 MEETING OF CREDITORS AND CONFIRMATION HEARING

Notice is hereby given that the **Section 341 Meeting of Creditors and Meeting with Trustee** in the above-referenced Chapter 13 case has been rescheduled and shall take place:

```
  AT:      THE OFFICE OF MARY IDA TOWNSON
           STANDING CHAPTER 13 TRUSTEE
           100 PEACHTREE STREET, SUITE 2700
           ATLANTA, GA   30303

  ON:      OCTOBER 7, 2011 @ 11:00 A.M.
```

Debtor(s) must complete the following forms and enclose supporting documents:
1) Business Debtor(s) Questionnaire;
2) Insurance Coverage form; and
3) Return Checklist
4) Monthly Business Cash Flow Report for previous four months. Use attached forms or Debtor's own product.

All of these forms and supporting documents must be completed and returned to the Chapter 13 Trustee **NO LATER THAN SEPTEMBER 30, 2011.** Failure to do so will result in a Motion to Dismiss.


Mary Ida Townson, Chapter 13 Trustee
Suite 2700 – 100 Peachtree Street, N.W.
Atlanta, GA  30303
(404) 525-1110
brandik@atlch13tt.com

Notice is hereby given that the **Confirmation Hearing** in the above-referenced Chapter 13 case has been rescheduled and shall take place:

AT:	Richard B. Russell Federal Building
	75 Spring Street, S.W.,
	Courtroom #1401
	Atlanta, GA    30303

ON:	**NOVEMBER 2, 2011 @ 1:30 P.M.**


Respectfully submitted,


	/s
	Brandi L. Kirkland, Esq.
	for Chapter 13 Trustee
	GA Bar No. 423627




Mary Ida Townson, Chapter 13 Trustee
Suite 2700 – 100 Peachtree Street, N.W.
Atlanta, GA   30303
(404) 525-1110
brandik@atlch13tt.com

```
A11-72459-PWB
```
                         **CERTIFICATE OF SERVICE**

This is to certify that I have this day served


DEBTOR(S):

RICHARD K. O'DONNELL
555 LAKEMONT COURT
ROSWELL, GA 30075

ATTORNEY FOR DEBTOR(S):

GEORGE M. GEESLIN
EIGHT PIEDMONT CENTER, SUITE 550
3525 PIEDMONT ROAD, N.E.
ATLANTA, GA 30305-1565

in the above in the foregoing matter with a copy of this
pleading by depositing same in the United States Mail in a
properly addressed envelope with adequate postage thereon.

This 8th day of September 2011



```
            _____/s_____
```


AND ALL CREDITORS AND INTERESTED PARTIES LISTED ON THE ATTACHED
MATRIX.

```
            12 Asset Management Holding LLC
            1900 Sunset Harbor Dr 2nd Fl
            Miami Beach, FL 33139

            Apria Healthcare
            1328 S Highland Ave.
            Jackson, TN 38301-7369

            Asset Management Holdings, LLC
            551 N. Cattlemen Rd. Ste 200
            Sarasota, FL 34232-6451
```

Mary Ida Townson, Chapter 13 Trustee
Suite 2700 – 100 Peachtree Street, N.W.
Atlanta, GA  30303
(404) 525-1110
brandik@atlch13tt.com

```
AT&T
32 Avenue of the Americas
New York, NY 10113-2412

AT&T
Franklin Collection Services Inc.
PO Box 3910
Tupelo, MS 38803-3910

Bank of America
PO Box 25118
Tampa, FL 33622-5118

Carole Ann Padgett
280 Houze Way
Roswell, GA 30076

Cashiers Medical Associates
PO Box 190
Highlands, NC 28741

City of Roswell
Financial Services Division
38 Hill Street Suite 130
Roswell, GA 30075

Earthlink/NCO Financial Systems Inc
507 Prudential Road
Horsham, PA 19044

Fulton County Finance Department
PO Box 105300
Atlanta, GA 30348

Gas South
ATTN: Jim Gantt
P. O. Box 369
Marietta, GA 30061

Gas South
PO Box 4298
Atlanta, GA 30302

Georgia Power Company
Bin 10102
241 Ralph McGill Blvd.
Atlanta, GA 30308-3374
```

```
Mary Ida Townson, Chapter 13 Trustee
Suite 2700 – 100 Peachtree Street, N.W.
Atlanta, GA  30303
(404) 525-1110
brandik@atlch13tt.com
```

```
Glen Sprouse
15950 Northcliff Trace
Roswell, GA 30076

Highlands-Cashiers Hospital
PO Box 190
Highlands, NC 28741-0190

James Garcia
Apt. H
2300 Elite Lane NW
Kennesaw, GA 30144

Jon Young, Esq.
Weissman Nowak Curry & Wilco PC
One Alliance Center 4th Fl
3500 Lenox Road
Atlanta, GA 30326

Macon County EMC
PO Box 15268
Asheville, NC 28813

Wells Fargo Bank, N.A.,
c/o Ocwen Loan Servicing, LLC
Attn: Bankruptcy Department
1661 Worthington Rd
Suite 100 West Palm Beach, FL 33409

Wells Fargo/Ocwen Loan Servicing
1661 Worthington Rd Ste 100
West Palm Beach, FL 33409

West Publishing
Thomson West Payment Center
PO Box 6292
Carol Stream, IL 60197-6292
```

Mary Ida Townson, Chapter 13 Trustee
Suite 2700 – 100 Peachtree Street, N.W.
Atlanta, GA  30303
(404) 525-1110
brandik@atlch13tt.com